UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01792-JLS-KES                                           Date: January 17, 2024
Title:  Christopher Wallis v. Plutos Sama Holdings, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

   Plaintiff Christopher Wallis initiated this action on October 28, 2021.  On January 4, 2022, Defendant Matthew Browndorf submitted notice of an automatic bankruptcy stay in this action due to the bankruptcy filing of his wife.  As a result, the litigation is stayed *as to* Matthew Browndorf.  The litigation is not stayed as to any other party.

   Because the action has not progressed, the Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **ten (10) days from this issuance of this Order**, why this action should not be dismissed for lack of prosecution.

   As an alternative to a written response by plaintiffs, the Court will consider the filing of one of the following as an appropriate response to this OSC, on or before the above date:

**As to Defendants Albert O. Lissoy; Ira Glasky; Melvin Browndorf; Far West Industries; Garden Foods, Inc.; GF Capital; and Plutos Sama Holdings, Inc.:**

   X     Answer to the Complaint;
   X     Request for Entry of Default; or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01792-JLS-KES                                         Date: January 17, 2024
Title:  Christopher Wallis v. Plutos Sama Holdings, Inc., et al.

    X    Notice of Voluntary Dismissal (Fed. R. Civ. P. 41)

**As to Defendants Mark Woodward; Inga Schneider; Bonnie Browndorf; Jacob Browndorf; Garo Keadjian; Patrick Farenga; Distressed Capital Management, LLC; the ten DCM, LLCs; WCCB Law, LLP; WB Law, LLP; and KCB Law Group, LLP:**

    X    Proof of service of summons and complaint (*however, if the deadline to Answer has already passed, plaintiff(s) must also submit a Request for Default or Stipulation Extending Time to Answer*)
    X    Notice of Voluntary Dismissal (Fed. R. Civ. P. 41)

    Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.  Fed. R. Civ. P 4(m).  The Court may dismiss the entire action prior to the expiration of such time, however, if plaintiff has not diligently prosecuted the action.

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

                                                     Initials of Deputy Clerk: gga