UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:21-cv-01792-JLS-KES                                                                 Date: June 08, 2024
Title:  Christopher Wallis v. Plutos Sama Holdings, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER RE ATTORNEY'S SHOW CAUSE RESPONSE (Doc. 110)**

   On May 31, 2024, the Court issued an Order to Show Cause Re Sanctions ("OSC") on the basis of misrepresentations in Plaintiff's Unilateral Rule 26(f) Report and failure to follow the Court's procedures governing Scheduling Conferences.  (*See* OSC, Doc. 108.)  On June 5, 2024, the Court received Plaintiff's response which did not address the substance of the Court's OSC but instead represented that the action had settled and should be dismissed, which—in Plaintiff's Counsel's view—would moot the OSC.  (Response, Doc. 110.)  The Court had previously set a hearing in the matter for June 7, 2024, at 10:30 a.m. and so the Court planned to discuss the OSC with Plaintiff's Counsel at the hearing.  On the morning of the hearing, Plaintiff filed a Joint Stipulation of Dismissal (Doc. 111) and then, presumably assuming the stipulated dismissal closed the matter, failed to appear at the hearing even though the Court did not vacate the hearing.

   But the matter is not closed.  The Court will not dismiss the action until it receives a substantive response from Plaintiff's Counsel regarding the outstanding OSC and why he should not be sanctioned.  That response shall be due no later than 5:00 p.m. on **Monday, June 10, 2024**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01792-JLS-KES                                    Date: June 08, 2024
Title:  Christopher Wallis v. Plutos Sama Holdings, Inc., et al.

Initials of Deputy Clerk: cr