# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WALLIS,<br><br>Plaintiff,<br><br>v.<br><br>PLUTOS SAMA HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 8:21-cv-01792-JLS-KES<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the Joint Stipulation of Dismissal (Doc. 111) filed by the Parties pursuant to FRCP 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties and with each party bearing their own costs and expenses. The clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 24, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE